**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| GREG'S GREATER CHICAGO CHIROPRACTIC, LLC, on behalf of plaintiff and a class, | ) ) ) ) | |
| Plaintiff, | ) ) | 13 C 2918 |
| v. | ) ) | Judge Dow |
| | ) | Magistrate Judge Schenkier |
| CME OUTFITTERS, LLC, and JOHN DOES 1-10, | ) ) ) | |
| Defendants. | ) | |

## STIPULATION TO DISMISS

NOW COME the Parties, by and through their respective attorneys, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to the dismissal of plaintiff Greg's Greater Chicago Chiropractic, LLC's individual claims against defendant CME Outfitters, LLC with prejudice and without costs. The putative class claims against defendant CME Outfitters, LLC are dismissed without prejudice and without costs. Plaintiff's individual claims against John Does 1-10 are dismissed with prejudice and without costs, pursuant to Federal Rule of Civil Procedure 41.

s/ Heather Kolbus
Daniel A. Edelman
Heather Kolbus
EDELMAN, COMBS, LATTURNER
    & GOODWIN, LLC
120 S. LaSalle Street
18th Floor
Chicago, IL 60603
(312) 739-4200
(312) 419-0379 (FAX)

s/ Edward D. Shapiro (w/ permission)
Edward D. Shapiro
Melinda J. Morales
MUCH SHELIST, P.C.
191 N. Wacker Drive
Suite 1800
Chicago, IL 60606
(312) 521-2000
(312) 521-2100 (FAX)

**CERTIFICATE OF SERVICE**

   I, Heather Kolbus, certify that on October 14, 2013, I caused the foregoing document to be filed via the Court's CM/ECF system, which will send notification of filing to the following:

   Edward D. Shapiro  eshapiro@muchshelist.com
   Melinda J. Morales  mmorales@muchshelist.com
   David A. Eisenberg  deisenberg@muchshelist.com


                   s/ Heather Kolbus
                   Heather Kolbus


Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Heather Kolbus
EDELMAN, COMBS, LATTURNER
& GOODWIN, LLC
120 S. LaSalle Street, 18th floor
Chicago, Illinois 60603
Tel: (312) 739-4200
Fax: (312) 419-0379